# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Manhattan Construction Company | )     ASBCA No. 59282 |
| | ) |
| Under Contract No. N40080-07-C-0151 | ) |

APPEARANCES FOR THE APPELLANT:     Joseph A. McManus, Jr., Esq.
David J. Butzer, Esq.
   McManus Darden & Felsen LLP
   Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Ronald J. Borro, Esq.
   Navy Chief Trial Attorney
Richard A. Gallivan, Esq.
   Assistant Director
Pamela J. Nestell, Esq.
   Senior Trial Attorney

## ORDER OF DISMISSAL

The dispute which is the subject of the appeal having been settled, the appeal is hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated. Any request to reinstate the subject appeal must be filed within 60 days of the date of this Order.

Dated: 8 October 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59282, Appeal of Manhattan Construction Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals